FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SCOTT,<br><br>        Petitioner,<br>vs.<br><br>BOARD OF PRISON TERMS,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, STATE OF<br>CALIFORNIA,<br><br>        Respondents. | Case No. CV 08-1037-GPS(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

DATE: 6/4/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-1037.mdo
2/15/08